**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEBORAH LEE ROSEBORO** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 25-CV-5418** |
| | : | |
| **EXECUTIVE OFFICE OF THE** | : | |
| **UNITED STATES DEPARTMENT** | : | |
| **OF JUSTICE,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 14th day of April 2026, upon consideration of Plaintiff Deborah Lee Roseboro's *pro se* Second Amended Complaint (ECF No. 13) it is hereby **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED**, with prejudice, for the reasons set forth in the accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*